IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-51004
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                      Plaintiff-Appellee,

versus

JORGE ARTURO RIVERA-ALVIDREZ,

                                      Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. P-99-CR-57-3
--------------------
September 22, 2000
Before DAVIS, JONES and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    Jorge Arturo Rivera-Alvidrez (Rivera) appeals his conviction
and sentence for conspiracy to possess with intent to distribute
marijuana and possession with intent to distribute marijuana.
The evidence is sufficient to support Rivera's conviction.
United States v. Galvan, 949 F.2d 777, 783 (5th Cir. 1991);
United States v. Dean, 59 F.3d 1479, 1485 (5th Cir. 1995).  The
district court's decision not to reduce Rivera's base offense

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

level under U.S.S.G. § 3B1.2 was not clear error.  United States
v. Brown, 54 F.3d 234, 241 (5th Cir. 1995).

AFFIRMED.